UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JERRY CANKAT, individually,

          **Plaintiff,**

Case No. 1:15-cv-04730-FB-SMG

v.

**NOISETTE CAFE INC.**, a New York for profit corporation, and **24-21 STEINWAY STREET REALTY CORP.**, a New York for profit corporation,

          **Defendants.**

_____/

### STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, by and among the undersigned counsel, that whereas no party hereto is an infant or incompetent person for whom committee has been appointed or conservatee and no person not a party has an interest in this subject matter of the action, that the above entitled action be dismissed *with prejudice*, without costs and attorney's fees to either party as against the other and that each party waives all rights of appeal with respect to such dismissal.

Respectfully submitted on June 6, 2017.

By: _____
Katie L. Bireley, Esq.
~~Associate General Counsel~~ Vallos & Novella
~~Alma Realty Corp.~~ PLLC
31-10 37th Avenue, Suite 500
Long Island City, New York 11101
Ph: 718-267-0300
Fax: 718-267-0329 Fax: 718-267-0329

By: _____
Tara Demetriades, Esq.
*Attorneys for Plaintiff*
ADA Accessibility Associates
1076 Wolver Hollow Road
Oyster Bay, NY 11771
Tel. No.: (516) 595-5009
Fax No.: (516) 626-7704

By: _____
Oksana Pelekh, Esq.
Piddoubny & Pelekh, P.C.
25-84 Steinway Street
Astoria, New York 11103
Tel.: 718-721-7600
Fax: 718-721-9892

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Stipulation for Dismissal has been served via the Court's CM/ECF filing system upon all parties of record on June 6, 2017.

By: /s/ Tara Demetriades
Tara Demetriades, Esq.
New York Bar No. 4185666